

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GIANCARLO POMPERMAYER, | § | No. 08-24-00047-CR |
| Appellant, | § | Appeal from the |
| v. | § | 156th Judicial District Court |
| THE STATE OF TEXAS, | § | of McMullen County, Texas |
| Appellee. | § | (TC# M-22-0011-CR-B) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF NOVEMBER 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.